UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12CR18 CDP |
| | ) | |
| LAWRENZ RHONE, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before the Court on defendant Lawrenz Rhone's motion to suppress. All pretrial motions were referred to United States Magistrate Judge David D. Noce under 28 U.S.C. § 636(b). Judge Noce held an evidentiary hearing and recommended that the motion to suppress be denied. Defendant has objected generally to the recommendation, arguing without elaboration that the factual conclusions are based on evidence that was not credible and that the legal conclusions are also in error. After the magistrate judge's hearing, defendant filed two pro se motions. He also requested and received substitute counsel.

I have conducted *de novo* review of the motions, including reviewing the transcript of the hearing and watching the video evidence. I conclude that Judge Noce's factual findings are fully supported by the evidence and his legal

conclusions are correct. I will therefore adopt and sustain the thorough reasoning of Judge Noce set forth in support of his recommended rulings.

I will also deny Rhone's pro se motions. Because Rhone has always been represented by counsel, any motions should only be filed by counsel, not by Rhone pro se. But I have nevertheless considered the motions on the merits, and conclude that they have stated no basis for relief.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#39] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#31] and his pro se motions [## 38, 48] are denied.

**IT IS FURTHER ORDERED** that this case remains set for trial on **Wednesday, January 16, 2013 at 8:30 a.m.** A final pretrial conference will be held in Courtroom 14 South on **Monday, January 14, 2013 at 10:00 a.m.**

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2012.